### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENISE ROGERS** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| **v.** | : | **No.:   11-cv-7776** |
| | : | |
| **ALLSTATE INSURANCE** | : | |
| **COMPANY** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

      **AND NOW**, this ___22nd___ day of October, 2012, upon consideration of Defendant's Motion to Strike Plaintiff's request for Trial de Novo and to Dismiss Plaintiff's case (Doc. No. 29),  Plaintiff's response in opposition (Doc. No. 36) and Defendant's reply (Doc. No. 38), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED in PART and DENIED in PART**.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE